UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SARATOGA ASSOCIATES LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　　Defendants, | Case No.: 5:18-CV-06445-SVK<br><br>**ORDER [proposed]** |

Having read the plaintiff's request and the documents in support thereof, the Court finds good cause to GRANT the request and to dismiss the case without prejudice per Federal Rule of Civil Procedure 41(a)(2). The Parties shall file a joint stipulation for dismissal within seven (7) days of defense counsel's restoration to active State Bar status.

**IT IS SO ORDERED.**

Dated: December 13, 2019      _____

　　　　　　　　　　　　　　　　HONORABLE SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　United States Magistrate Judge