1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SCOTT JOHNSON,

Case No.  18-cv-06445-SVK

8

Plaintiff,

**ORDER RELIEVING PLAINTIFF OF MEDIATION OBLIGATION AND DIRECTING FILING OF DISPOSITIVE MOTION**

9

v.

10

SARATOGA ASSOCIATES LLC,

Re: Dkt. Nos. 35, 37, 38

11

Defendant.

12
13
14

On June 25, 2020, ADR posted a clerk's notice setting an ADR phone conference for July 2, 2020 at 10:30 a.m.  Dkt. 37.  On July 2, 2020, ADR posted a remark stating that the phone conference was held and that Defense counsel did not appear.  Dkt. 38.

15
16
17
18

Accordingly, the Court hereby relieves Plaintiff of his mediation obligations under General Order No. 56 and this Court's Case Management Order.  The Court will not burden the alternative dispute resolution system further with this matter.  Plaintiff is directed to proceed with any discovery necessary to support a dispositive motion and to file such a motion promptly.

19

**SO ORDERED.**

20

Dated: July 6, 2020

21
22
23

SUSAN VAN KEULEN
United States Magistrate Judge

24
25
26
27
28

United States District Court
Northern District of California